IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00114-M-BM

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JOHN JOSEPH SIMMONS, II, | |
| Defendant. | |

The court takes up this matter sua sponte. On December 5, 2024, Defendant filed a document describing eleven character letters written on his behalf in anticipation of his upcoming sentencing hearing. [DE 63]. The letters themselves, however, were not submitted. The court advises Defendant to file the character letters prior to his sentencing hearing on February 13, 2025, at 2:00 p.m., so that the court may consider them when fashioning an appropriate sentence.

SO ORDERED this 12th day of February, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE